THE BELLE HOOPER.[1]

VIRDEN v. THE BELLE HOOPER.

(*District Court, E. D. Pennsylvania.* November 9, 1886.)

PILOTS—DELAWARE STATUTE OF APRIL 5, 1881—ACT OF CONGRESS OF MARCH 2, 1837, (REV. ST. U. S. § 4236.)
  The act of congress conferring the privilege on masters of vessels of selecting pilots other than pilots of the state of Delaware does not entitle them to refuse a Delaware pilot when they have no other.

In Admiralty.
*Flanders & Pugh,* for libelant.
*Henry K. Edmunds,* for respondent.

BUTLER, J. By the pilot act of Delaware (section 2, Amendments) it was the libelant's right to pilot the respondent out to sea. The act of congress conferring on the respondent the privilege of electing to take another, a Pennsylvania pilot, does not stand in the libelant's way. His right was subject to such privilege; but, inasmuch as the respondent did not avail himself of the privilege, the federal statute is unimportant in the case.

A decree must be entered in the libelant's favor.

[1] Reported by C. Berkeley Taylor, Esq., of the Philadelphia bar.